127 A.3d 1286

COMMONWEALTH of Pennsylvania, Petitioner

v.

Rafie L. ALI, Respondent.

Supreme Court of Pennsylvania.

Dec. 2, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 2nd day of December, 2015, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity, is:

Does a sentencing judge have discretion to consider victim impact evidence where the offense is not a "crime against a person"?